[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 04-15101
Non-Argument Calendar

_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 22, 2005
THOMAS  K. KAHN
CLERK

D. C. Docket No. 01-00043-CV-HLM-4

WAYNE DOUGLAS STRICKLAND,

Plaintiff-Appellant,

versus

TOMMY RICKMAN,
RICKY AGAN, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(June 22, 2004)

Before DUBINA, BLACK and PRYOR, Circuit Judges.

PER CURIAM:

Appellant Wayne Douglas Strickland brought an action in the United States District Court for the Northern District of Georgia under 42 U.S.C. § 1983. Specifically, Strickland contends that the defendants used excessive force against him while Strickland was an inmate at the Floyd County Detention Center in Rome, Georgia. After a bench trial, tried before the district court, the court entered a judgment in favor of the defendants and against Strickland.

After reviewing the record and reading the parties' briefs, we affirm the district court's judgment based on its well-reasoned order filed on August 26, 2004.

AFFIRMED.